IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02664-WYD-MEH

THEOJO DAVIS,

    Plaintiff,

v.

DELTA CHAMBER OF COMMERCE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 21, 2011.**

    Defendant's Motion to Vacate and Reschedule Settlement Conference [filed April 20, 2011; docket #13] is **granted**. The settlement conference scheduled for April 28, 2011 is hereby **vacated**. Despite any objection the Plaintiff may have, the Court notes that settlement is voluntary and the Court will not require any party to attempt pretrial resolution if it is not currently prepared to do so. Therefore, on or before April 29, 2011, counsel for the parties are directed first to conference together, then to call my Chambers at (303) 844-4507 to obtain an alternate date for the settlement conference.