IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02664-WYD-MEH

THEOJO DAVIS,

    Plaintiff,

v.

DELTA CHAMBER OF COMMERCE,

    Defendant.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order granting Defendant's Motion to Compel Responses to Written Discovery and for Sanctions ("Motion") [docket #16], defense counsel has timely filed an affidavit setting forth a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for Defendant's preparation of the Motion. The Plaintiff filed no objections to the affidavit within the time allowed by this Court. *See* docket #16 at 3.

The Court notes first that defense counsel has failed to include a summary of his and his associate's relevant qualifications and experience in contravention of D.C. Colo. LCivR 54.3B. Typically, the absence of such information renders a determination of a reasonable hourly rate difficult. However, here, the Court finds that an hourly rate of $150.00 is reasonable under the circumstances presented in this case.

Moreover, the Court finds that the time allotted by defense counsel for preparation of the motion is excessive; rather, a reasonable time necessary to research and prepare a 2.5-page motion, together with attempts to confer with opposing counsel, is a total of two (2) hours. Therefore,

pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court will order Plaintiff's counsel to pay a total of $300.00 to defense counsel as a sanction for his dilatory conduct as set forth in this Court's April 28, 2011 order.

THEREFORE, the Court ORDERS that Plaintiff's counsel, Christopher Bursum Gaty, be sanctioned in the amount of $300.00, to be paid to counsel for Defendant as a reasonable sanction of attorney's fees and costs expended for preparation of the motion to compel.  This amount shall be paid no later than June 30, 2011.  Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanctions **on or before July 15, 2011**.

Dated at Denver, Colorado this 24th day of May, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge