IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02664-WYD-MEH

THEOJO DAVIS,

    Plaintiff,

v.

DELTA CHAMBER OF COMMERCE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2011.**

    Defendant's Unopposed Motion to Vacate and Reschedule Status Conference [filed September 12, 2011; docket #25] is **granted**. The Status Conference currently set for September 15, 2011 is **vacated and rescheduled** to **September 27, 2011, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All other aspects of this Court's September 9, 2011 order remain in effect.