IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02664-WYD-MEH

THEOJO DAVIS,

    Plaintiff,

v.

DELTA CHAMBER OF COMMERCE,

    Defendant.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

    Pursuant to this Court's order awarding Defendant its costs and attorney's fees for appearance at the September 27, 2011 conference [*see* docket #31], defense counsel, William A. Rogers, has timely filed an affidavit setting forth a summary of his and his associate's (Andrew Lavin) relevant qualifications and experience, a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for Defendant's preparation of the motion to dismiss, as well as preparation for and attendance at the conference. Docket #32.

    Considering defense counsel's extensive background and experience, the Court finds that the hourly rates of $190.00 for Mr. Rogers and $180 for Mr. Lavin are reasonable under the circumstances presented in this case.

    The Court did not approve a sanction for attorney time in drafting and preparing the initial motion to dismiss. However, the Court finds reasonable the time spent by defense counsel in engaging in the *next* steps in the litigation, including preparing for and attending the September 27,

2011 status conference. *See* Affidavit of William A. Rogers, III, ¶¶ 8-9, docket #32-1. According to Mr. Rogers' unrebutted affidavit, he spent a total of 2.8 hours and Mr. Lavin spent a total of 4.3 hours preparing for and attending the conference. *Id.* Therefore, pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court will order Plaintiff's counsel to pay a total of $532.00 for Mr. Rogers' time and $774.00 for Mr. Lavin's time as a sanction for his dilatory conduct as set forth in this Court's September 27, 2011 order.

THEREFORE, the Court ORDERS that Plaintiff's counsel, Christopher Bursum Gaty, be sanctioned in the total amount of $1,306.00, to be paid to counsel for Defendant as a reasonable sanction of attorney's fees and costs expended for preparation and attendance at the September 27, 2011 status conference. This amount shall be paid no later than November 30, 2011. Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanctions **on or before December 15, 2011**.

Dated at Denver, Colorado this 24th day of October, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2